NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1054

CARL J. CONFORTI

Plaintiff-Appellant,

v.

THE OCEAN GROUP, INC.

Defendant-Appellee,

and

TIMEX CORPORATION,

Defendant-Appellee.

Appeal from the United States District Court for the District of Massachusetts in case no. 06-CV-10513, Judge George A. O'Toole, Jr.

ON MOTION

Before NEWMAN, Circuit Judge.

ORDER

Carl J. Conforti moves for leave to file the appendix out of time and provides a status report pursuant to the court's May 1, 2009 order.

Conforti states that he and The Ocean Group, Inc. and Timex Corporation have resolved the appendix pagination issues.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for leave to file the appendix out of time is granted. The appendix is due within 14 days of the date of filing of this order.

FOR THE COURT

MAY 2 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Brett N. Dorny, Esq.
     Raymond M. Mehler, Esq.
     Robert D. Fine, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 9 2009

JAN HORBALY
CLERK